UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Boubacar Sarr, individually and on behalf of
all others similarly situated, et al.,

                       Plaintiff,                              JUDGMENT
                                                                            18-cv-6409 (ARR) (RLM)

       -against-

BEF Foods, Inc.,

                       Defendant.
-------------------------------------------------------------- X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been entered on February 13, 2020, granting defendant's motion to dismiss; dismissing the First Amended Complaint in its entirety; granting plaintiff leave to file a motion to amend the complaint along with their proposed Second Amended Complaint within 10 days; and an Order having been filed on February 26, 2020, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that this case is closed.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       July 14, 2020                                                   Clerk of Court

                                                               By:     /s/*Jalitza Poveda*
                                                                        Deputy Clerk